IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JIM HARGRAVE, TDCJ-CID No. 00750407, <br><br> Plaintiff, <br><br> v. <br><br> NFN MORENO, <br><br> Defendant. | 2:24-CV-062-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 21. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** with prejudice.

**SO ORDERED.**

January *16*, 2025.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE